UNITED STATES of America,
Appellee,

v.

James MASSARO, Defendant,
Appellant.

No. 10–1015.

United States Court of Appeals,
First Circuit.

May 11, 2011.

Joseph H. Zwicker, with whom James W. Evans, Nellie E. Staley, and Choate Hall & Stewart LLP were on brief, for appellant.

Mark T. Quinlivan, Assistant United States Attorney, with whom Carmen M. Ortiz, United States Attorney, was on brief, for appellee.

Before LIPEZ, Circuit Judge,
SOUTER, Associate Justice,* and
SELYA, Circuit Judge.

PER CURIAM.

In this sentencing appeal, appellant James Massaro argues, inter alia, that the district court erroneously classified his two prior Massachusetts convictions for assault and battery as predicate "violent felon[ies]" for the purpose of imposing a mandatory minimum sentence under the Armed Career Criminal Act. *See* 18 U.S.C. § 924(e). Given our recent decision in *United States v. Holloway*, 630 F.3d 252 (1st Cir.2011), *reh'g denied*, Nos. 08–2273, 09–1232 (1st Cir. Apr. 28, 2011), we vacate

Massaro's sentence and remand for further proceedings.

*So ordered.*